IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH DAUGENTI,

       Plaintiff,             No. CIV S-07-1963 MCE GGH P

   vs.

TEHAMA COUNTY SUPERIOR
COURT, et al.,

       Defendants.       <u>FINDINGS & RECOMMENDATIONS</u>

_____/

       By order filed September 26, 2007, the court granted plaintiff thirty days to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice OR a petition which conforms with the Rules Governing Section 2254 petitions.  In the September 26th order, the court informed plaintiff of the deficiencies in his complaint.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

       For the reasons given in the September 26, 2007, order, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

\\\\\

1    These findings and recommendations are submitted to the United States District

2 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

3 twenty days after being served with these findings and recommendations, plaintiff may file

4 written objections with the court.  The document should be captioned "Objections to Magistrate

5 Judge's Findings and Recommendations."   Plaintiff is advised that failure to file objections

6 within the specified time may waive the right to appeal the District Court's order.

7 DATED: 12/21/07

          /s/ Gregory G. Hollows

8          _____

9          GREGORY G. HOLLOWS
          UNITED STATES MAGISTRATE JUDGE

GGH:035

10 daug1963.fta

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26